UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SOUTH HILL BUSINESS CAMPUS, LLC,

                *Plaintiff,*

vs.

NCR CORPORATION,

                *Defendant.*

**STIPULATION OF DISCONTINUANCE, WITH PREJUDICE**

Civil Action No.:
5:06-CV-00616 FJS/GHL

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties hereto, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action, and the same hereby is, discontinued with prejudice, and without costs or attorneys' fees to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

**DATED:** April 3, 2007

| | |
|---|---|
| **HARTER, SECREST & EMERY LLP** | **SIDLEY AUSTIN LLP** |
| By: s/Craig A. Slater<br>Craig A. Slater, Esq. (505016)<br><br>Attorneys for Plaintiff<br>South Hill Business Campus, LLC<br>Office and Post Office Address<br>Twelve Fountain Plaza, Suite 400<br>Buffalo, New York 14202-2293<br>Telephone: (716) 853-1616<br>Facsimile: (716) 853-1617<br>E-Mail: cslater@hselaw.com | By: s/J. Andrew Schlickman<br>J. Andrew Schlickman, Esq. (514032)<br>Joan Radovich, Esq. (514031)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7404<br>Facsimile: (312) 853-7036<br>Email: jschlickman@sidley.com<br><br>-and-<br><br>**HISCOCK & BARCLAY, LLP**<br>Robert A. Barrer (101099)<br>Gabriel M. Nugent (513947)<br>One Park Place |

300 South State Street
P.O. Box 4878
Syracuse, NY 13221-4878
Telephone: (315) 422-2131
Facsimile: (315) 472-3059
Email: rbarrer@hiscockbarclay.com

*Attorneys for Defendant*

NCR Corporation

**SO ORDERED.**

Dated: *April 4*, 2007
Syracuse, New York

_____
Hon. Frederick J. Scullin, Jr.
United States District Judge